IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA

v.                                                          CASE NO.: 1:11cr10-SPM

ROBERT LEIGH PANKOW,

      Defendant.

_____/


## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, ROBERT LEIGH PANKOW, to Count

One of the indictment is hereby **ACCEPTED**.  All parties shall appear before this

Court for sentencing as directed.

DONE AND ORDERED this 23rd day of May, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge